Nicolas **ESTIVERNE,** Plaintiff–Appellant,

v.

**JPMORGAN CHASE BANK, N.A.;** Union Security Life Insurance Co.; **ABC Insurance Company,** Defendants–Appellees.

No. 08–20146
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 18, 2008.

Jennifer Lynn Davis, McGlinchey Stafford, Houston, TX for Defendants-Appellee.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Nicolas Estiverne appeals the district court's summary judgment in favor of Defendant–Appellee JPMorgan Chase Bank, N.A. The only issue he identifies for our review is whether "the Trial Court erred in granting the Motion for Summary Judgment without allowing the documents that were to be introduced at the Trial to be filed." Estiverne's argument on this point is without merit—neither *Matsushita Electric Industrial Co., Ltd. v. Zenith Radio Corp.,* 475 U.S. 574, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986), which Estiverne cites, nor any other authority required the district court to permit him to file his trial exhibits before the court granted summary judgment. Liberally construed, Estiverne's brief also raises the question whether summary judgment was proper on the evidence before the district court. *See Price v. Digital Equip. Corp.,* 846 F.2d 1026, 1028 (5th Cir.1988) (noting that we "liberally construe the briefs of pro se appellants"). We review this question *de novo. Bolton v. City of Dallas,* 472 F.3d 261, 263 (5th Cir.2006). For essentially the reasons set forth in the district court's summary judgment order, we hold that "there is no genuine issue as to any material fact" and

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

JPMorgan Chase is "entitled to judgment as a matter of law." Fed.R.Civ.P. 56(c). We therefore AFFIRM the district court's judgment.